To: chief Justice
James T. worthen
Case # 12-15-00045cr

Addressed To: Twelfth court of Appeals

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 1 6 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Justice: Brian Hoyle
Greg Neeley

Trial court # 007-0861-14

Motion for Extension

I Brandon Benard Bright was Sentenced to 20 years in TDCJ on Sept 29, 2014 I was Sent to Prison on Nov 14, 2014 my mother + I Both told my Lawyer Jeff Sanders that I wanted to appeal my case because of my incompentence to make the Right Decesion. In Feburary of 2015 I wrote the city clerk asking for an appeal But the city clerk Katrina Mclenny Sent me a reply but not to the Prison System but to the Smith county Jail The county Jail returned it to the Sender on 3-16-15 I finally recieved the Courts reply on 3-14-15 But the reply Had the Dates wrong I wrote the Twelfth court about The mistake march 6-2013. As of Now I was Benched warranted back to Smith county Jail for a child Custody Hearing on 4-6-15 I was Not allowed to bring any of my legal work only Items Deputy Sherfield allowed me to bring was Hygene I recieved the Twelfth courts Decesion on my Notice of appeal on 7-9-15 on 7-9-15 I recieved Notice from the county court that they were Finished with me and I will be returning to TDCJ In the following week I ask that you give me 30 days to Present my Proof of your court Jurisdiction I have in my legal work fact to prove that my lawyer Knew I was Incompetente and that He failed to get a Competency Hearing and to have me evaluated my lawyer also represented me in the Past concerning my mental Disability Benefits.

## ✳ Inmates Declaration ✳

I Brandon Bright am the Petitioner and being Presently Incarcerated In Smith county Jail declar under Penalty of Perjury that according to my belief the facts Stated in the above application are true and correctly Signed on July 13, 2015

Brandon Bright